### Rehm *v.* Frank.

Argued Dec. 6, 1900. Appeal, No. 47, Oct. T., 1900, by defendant, from order of C. P. Schuylkill Co., Jan. T., 1898, No. 377, discharging rule to open judgment in case of J. F. Rehm, administrator d. b. n., of George Rehm, deceased, v. John Frank. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

OPINION BY RICE, P. J., January 22, 1901:

The history of this case is set forth in the opinion filed in No. 213, October term, 1900. For the reasons there given the order is affirmed, and the appeal dismissed at the costs of the appellant.